IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES L. HALL,

    Petitioner,

vs.                                      CASE NO. 5:06cv30/RS

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 14). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 8) is denied.

3. Respondent is directed to address the merits of the claims made in Petitioner's §2254 petition or assert other procedural defenses not later than forty-five days from the date of this Order.

ORDERED on August 21, 2006.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**