IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES L. HALL,

    Petitioner,

vs.                                      CASE NO. 5:06cv30/RS-MD

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 37). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Habeas Corpus (Doc. 1) which challenges the conviction and sentence in *State of Florida v. James L. Hall*, Circuit Court of Escambia County, Florida, Case No. 92-4852, is **denied**.

3. The clerk is directed to close the file.

ORDERED on December 3, 2007.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**