**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

JAMES L. HALL,

    Petitioner,

vs.                                                    CASE NO. 5:06cv30/RS-MD

JAMES R. McDONOUGH,

    Respondent.

_____/

### ORDER

Before me is Petitioner's Objections to Magistrate's Report and Recommendation (Doc. 42). Petitioner's objections were filed with the court on December 3, 2007, after the Order (Doc. 40) had been entered, which adopted the Magistrate Judge's Report and Recommendation and denied the Petition for Habeas Corpus. The certificate of service for the objections show service by mail on opposing counsel on November 28, 2007. The objection also bears stamp information which suggests that Petitioner delivered his objection to the correctional facility on November 29, 2007, for mailing. Therefore, I have reopened the case and have considered Petitioner's objections *de novo*. I find no basis to support Petitioner's contention that an evidentiary must be held for his objections. Even if Petitioner's factual allegations are treated as true, his petition is insufficient, and he is not entitled to habeas relief.

**IT IS ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Habeas Corpus (Doc. 1) which challenges the conviction and sentence in *State of Florida v. James L. Hall*, Circuit Court of Escambia County, Florida, Case No. 92-4852, is **denied**.

3. The clerk is directed to close the file.


ORDERED on December 4, 2007.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**